# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Construction Systems, Inc.,

       Plaintiff,

              Civ. No. 09-3697 (RHK/JJG)
              **ORDER**

v.

General Casualty Company
of Wisconsin,

       Defendant.

   This matter is before the Court *sua sponte*.

   On March 21, 2011, Plaintiff filed a Motion for Summary Judgment (Doc. No. 95), noticing its Motion for a hearing on July 21, 2011.  Also on March 21, 2011, Defendant filed a Motion for Partial Summary Judgment (Doc. No. 97), noticing its Motion for a hearing on May 17, 2011.  The Court believes these dispositive Motions should not be separately briefed and should be heard together.  Moreover, because Defendant's Motion seeks only partial summary judgment and, therefore, would not fully dispose of the case, the Court concludes it would be best to hear the Motions together on the July hearing date.

   Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** as follows:

   1. The hearing on Defendant's Motion for Partial Summary Judgment, currently scheduled for May 17, 2011, is **CONTINUED** to July 21, 2011, at 8:00 am in

2

Courtroom 7A, Warren E. Burger Federal Building and United States Courthouse, 316 North Robert Street, St. Paul, Minnesota;

     2.     The following briefing schedule shall apply to the parties' Motions: opening briefs shall be served and filed on or before June 9, 2011, and responsive briefs shall be served and filed on or before June 30, 2011.  No replies – whether by memorandum, affidavit, letter, or otherwise – will be permitted absent further Order of the Court; and

     3.     The parties' briefs shall conform to the word limitations provided in Local Rule 7.1(d) – that is, the total number of words in each party's briefs (combined) shall not exceed 12,000.

Dated: April 1, 2011                                          s/Richard H. Kyle
                                                                       RICHARD H. KYLE
                                                                        United States District Judge