## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Construction Systems, Inc.,

                Plaintiff,

                                      Civ. No. 09-3697 (RHK/JJG)
                                      **ORDER**

v.

General Casualty Company
of Wisconsin,

                Defendant.

---

      This matter is before the Court on the letter request (attached) of Defendant General Casualty Company of Wisconsin to expand the word limit on its soon-to-be-filed summary-judgment motion.  Having considered the request, **IT IS ORDERED** that the request is **DENIED**.  See April 1, 2011 Order (Doc. No. 102); D. Minn. LR 7.1(b)(4) (closely related summary-judgment motions filed by one party limited to 12,000 total words).

Dated: April 14, 2011                                    s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge