**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Construction Systems, Inc., | Civil No. 09-3697 (RHK/JJG) |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL** |
| General Casualty Company of Wisconsin, | |
| Defendant. | |

Pursuant to the Stipulation of the parties (Doc. No. 195), **IT IS ORDERED** that all claims in the above-captioned action are **DISMISSED WITH PREJUDICE**, on the merits, without costs, disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  November 3, 2011

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge