## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Construction Systems, Inc.,            Civil No. 09-3697 (RHK/JJG)

     Plaintiff,

                                                             **ORDER FOR DISMISSAL**

vs.

General Casualty Company of Wisconsin,

     Defendant.

Pursuant to the Stipulation of the parties (Doc. No. 195), **IT IS ORDERED** that all claims in the above-captioned action are **DISMISSED WITH PREJUDICE**, on the merits, without costs, disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  November 3, 2011

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge